UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AKRAM SAFADI,    )
                 )
   Plaintiff,    )
                 )
   v.            )  Case Number: 1:07CV1817 (RMC)
                 )
PAUL NOVAK, Director,    )
Vermont Service Center,  )
United States Citizenship & Immigration  )
Services, et al.,        )
                 )
   Defendants.   )
_____)

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: December 7, 2007

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov