## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKRAM SAFADI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV1817 (RMC) |
| | ) |
| PAUL NOVAK, Director, | ) |
| Vermont Service Center, | ) |
| United States Citizenship & Immigration | ) |
| Services, et al., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Paul Novak, et al., through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due January 10, 2008. Defendants' answer currently is due December 11, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs in an effort to obtain Plaintiffs' position on this motion. Counsel for Plaintiffs indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff Akram Safadi. Plaintiff has filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of his I-485 petition.

Defendants wish to answer the Complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiffs' factual

allegations, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: December 7, 2007

Respectfully submitted,

_____/s/  by RMM_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/  by RMM_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKRAM SAFADI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV1817 (RMC) |
| | ) |
| PAUL NOVAK, Director, | ) |
| Vermont Service Center, | ) |
| United States Citizenship & Immigration | ) |
| Services, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiffs' Complaint by January 10, 2008.

SO ORDERED.

_____
United States District Judge