# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKRAM SAFADI,<br><br>        Plaintiff,<br><br>        v.<br><br>PAUL NOVAK, Director,<br>Vermont Service Center,<br>United States Citizenship & Immigration<br>Services, <u>et</u> <u>al.</u>,<br><br>        Defendants. | Case Number:  1:07CV1817 (RMC) |

## **<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Paul Novak, <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 5 -day enlargement of time to answer Plaintiffs' Complaint, making Defendants' Answer due January 15, 2008.  Defendants' answer currently is due January 20, 2008.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiffs in an effort to obtain Plaintiffs' position on this motion. Counsel for Plaintiffs indicated that they do not oppose this motion.  In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff Akram Safadi.  Plaintiff has filed a mandamus complaint asking the Court to compel USCIS to complete adjudication of his I-485 petition.

Defendants wish to answer the Complaint expeditiously.  However, Defendants seek this enlargement of time due to the demanding schedule of Counsel for Defendants.  The undersigned Assistant Untied States Attorney has made a good faith effort to complete Defendants' responsive

filing in advance of the current January 10, 2008, deadline.  However, due to two new preliminary injunction matters proceeding on expedited briefing schedules, and preparations for an oral argument recently scheduled in the Ninth Circuit Court of Appeals for January 18, 2008, the undersigned Assistant United States Attorney will need additional time to complete Defendants' response to the complaint.

Defendants have not requested one prior enlargement of time for filing the answer. There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants this modest enlargement of 5 days should cause no prejudice.

Dated: January 9, 2008

Respectfully submitted,

_____/s/  by RMM_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/  by RMM_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AKRAM SAFADI, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1817 (RMC) |
| PAUL NOVAK, Director,<br>Vermont Service Center,<br>United States Citizenship & Immigration<br>Services, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiffs' Complaint by January 15, 2008.

SO ORDERED.

_____
United States District Judge