## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

AKRAM SAFADI                                        )
                                                    )
      Plaintiff,                            )
                                                    )
v.                                                  )        Civ. No. 07-cv-1817(RMC)
                                                    )
PAUL NOVAK, District Director,                      )
U.S. Citizenship and Immigration Services, et al.   )
      Defendants.                           )
_____)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

## TO DEFENDANTS' MOTION TO DISMISS

      Plaintiff, through undersigned counsel, respectfully moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time until February 11, 2008 for Plaintiff to file an opposition to Defendants' Motion to Dismiss.  Undersigned counsel contacted counsel for Defendants pursuant to Local Rule 7(m) to obtain her position.  Counsel for Defendants indicated that she did not oppose this motion for an extension of time.

      Undersigned counsel has been managing numerous other responsibilities and requests the additional time to complete a response that fully addresses all issues raised in Defendants' motion.  Counsel received the Motion to Dismiss several days after it was filed due to his extended absence from the office following the birth of his daughter. Counsel is currently working diligently to prepare the response for the above-captioned case, and assures the Court that he will make every effort to meet the revised deadline.

      Plaintiff filed his Verified Complaint for Mandamus and Declaratory Judgment with November 9, 2007 seeking a writ of mandamus to compel Defendants to adjudicate his I-485 application for adjustment of status, which has been pending for more than five

years.   Defendants' response was due on December 11, 2007, however, Plaintiff's counsel consented to two extensions of time totaling 35 days.   Defendants filed a Motion to Dismiss on January 15, 2008.   Plaintiff has not previously sought an extension of time. There are no other pending deadlines or hearing dates that a 14 day extension would affect.   An extension of 14 days should not cause prejudice to either side.

Plaintiff, through undersigned counsel, submits that good cause for an extension of time has been demonstrated and therefore respectfully requests an extension of time until February 11, 2007 to file an answer.

Respectfully Submitted this 31st day of January, 2008,

/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
(202) 483-0053

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
AKRAM SAFADI                                     )
                                                 )
     Plaintiff,                                )
                                                 )
v.                                               )        Civ. No. 07-cv-1817(RMC)
                                                 )
PAUL NOVAK, District Director,                   )
U.S. Citizenship and Immigration Services, et al. )
     Defendants.                              )
_____)

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion for an Extension of Time it is hereby

ORDERED that said Motion is hereby GRANTED;

It is subsequently ORDERED that Plaintiff's response to Defendants' Motion to Dismiss

will be due on February 11, 2008.

       DONE AND ORDERED this _____day of _____, 2008

       _____
       Rosemary M. Collyer
       United States District Judge
       United States District Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

AKRAM SAFADI                                    )
                                                )
      Plaintiff,                            )
                                                )
v.                                              )        Civ. No. 07-cv-1817(RMC)
                                                )
PAUL NOVAK, District Director,                  )
U.S. Citizenship and Immigration Services, et al. )
      Defendants.                           )
_____)

## CERTIFICATE OF SERVICE

I, Thomas K. Ragland, hereby certify that on this 31st day of January 2008, a true and correct

copy of the foregoing Motion for Extension of Time to File Opposition to Defendants' Motion to

Dismiss and Proposed Order was filed electronically and thereby served upon:

        Robin Meriweather
        Assistant United States Attorney
        555 Fourth Street., N.W.
        Washington, DC 20530


/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
(202) 483-0053