UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AKRAM SAFADI,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v. )<br>)<br>**PAUL NOVAK, Director, Vermont Serv.** )<br>**Ctr., U.S. Citizenship and Immigration** )<br>**Servs.,** *et al.*, )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 07-1817 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. #10] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: September 2, 2008                               /s/
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge